```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

STEVEN PINDER                                                PLAINTIFF

v.                          Case No. 10-1073

JANICE LINKOUS, Clerk and Ex-Officio
Recorder, Columbia County Circuit
Court AND JERRI GALE HARRELSON,
Certified Court Reporter                                    DEFENDANTS

## ORDER

Now on this 14th day of March 2011, there comes on for consideration the report and recommendation filed herein on November 16, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 3). Also before the Court are Plaintiff's objections. (Doc. 4).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Proceed IFP (doc. 2) is DENIED as Plaintiff is ineligible for IFP status based on the application of the three strikes provision of the PLRA, 28 U.S.C. § 1915(g). Further, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, fail to state claims and seek relief against Defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Further, this dismissal is considered a "strike" pursuant to the "three strikes" provision of 28 U.S.C. §

1915(g), and the U.S. District Clerk is directed to appropriately flag this case.

    IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

**AO72A**
**(Rev. 8/82)**