IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN PINDER                                         PLAINTIFF

v.                          Case No. 10-1073

JANICE LINKOUS, Clerk and Ex-Officio
Recorder, Columbia County Circuit
Court AND JERRI GALE HARRELSON,
Certified Court Reporter                         DEFENDANTS

## **ORDER**

Now on this 25th day of January 2012, there comes on for consideration the report and recommendation filed herein on December 2, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Appeal IFP (doc. 9) is DENIED as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3). Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

IT IS SO ORDERED.

                                           /s/ Robert T. Dawson
                                           Honorable Robert T. Dawson
                                           United States District Judge