IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


STEVEN PINDER                                              PLAINTIFF


v.                              Case No. 10-1073


JANICE LINKOUS, Clerk and Ex-Officio
Recorder, Columbia County Circuit
Court AND JERRI GALE HARRELSON,
Certified Court Reporter                                   DEFENDANTS


## ORDER

Now on this 25th day of January 2012, there comes on for consideration the report and recommendation filed herein on December 2, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Appeal IFP (doc. 9) is DENIED as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3). Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)